# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| United States of America<br>v.<br>Richard M. Anderson<br>2135 U.S. Highway 150N<br>Wataga, IL 61488<br>*Defendant's name and address* | ) ) ) ) ) ) ) | Case No. 12-40053 |

**FILED**
AUG 9 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U.S. District Court<br>211 19th Street<br>Rock Island, IL 61201 | Courtroom No.: Main Courtroom |
|---|---|
| | Date and Time: 08/02/2012 1:00 pm |

This offense is briefly described as follows:

Count 1-10 - Bank Fraud in violation of 18 USC § 1344(1) and 2.
Count 11 - Engaging in Monetary Transactions in Criminally Derived Property in violation of 18 USC § 1957 and 2.

Date: 07/20/2012

*Issuing officer's signature*

Pamela E. Robinson, Clerk of Court
*Printed name and title*

## Proof of Service

This summons was received by me on *(date)* 7/25/2012.

☑ I personally served the summons on this defendant at *(place)* Wataga, IL on *(date)* 7/26/2012; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 8/1/2012

Daryl Hollenback
*Server's signature*

Deputy U.S. Marshal
*Printed name and title*

Remarks: