E-FILED
Wednesday, 05 September, 2012  09:45:04 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | Case No. 12-40053 |
| RICHARD M. ANDERSON AND ELBEA EDWARD MALONE | ) ) ) | |
| Defendants | ) | |

## MOTION TO CONTINUE TRIAL

   NOW COMES the defendant, Richard M. Anderson, by and through his attorneys, Rehn & Skinner LLC, and asks the court to continue the trial date and in support thereof states as follows:

   1.   This case has been scheduled for a final pre-trial on September 13, 2012 and this is the first final pre-trial scheduled in this matter.

   2.   The case involves allegations of check kiting and bank fraud and involves significant and extensive documentation and/or potential evidence which needs to be reviewed.

   3.   The defendant asks the court for the case to be continued from a September trial date to a November trial date.

   4.   This is the first motion for continuance in the case and defense counsel has spoken with the prosecutor concerning the motion to continue and the prosecutor does not have an objection to the motion to continue.

   WHEREFORE defendant asks the court to continue this case and reschedule the final pre-trial and the trial date to November 2012.

        Respectfully submitted,
        REHN & SKINNER LLC

By:     /s/John Rehn
        John Rehn

John Rehn
Bar #06230108
REHN & SKINNER LLC
5 E. Simmons St.
Galesburg, Illinois 61401
309-343-3600
309-343-9966 fax

# UNITED STATES DISTRICT FOR THE
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 12-40053 |
| ) | |
| RICHARD M. ANDERSON AND ) | |
| ELBEA EDWARD MALONE ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE OF SERVICE

I certify that on September _____, 2012, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Gregory Weddle, Assistant United States Attorney.

/s/ John R. Rehn